DANIEL M. RUESTERHOLZ, Respondent, v. LORRAINE RUESTERHOLZ, Appellant.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.

MARILYN SCHAPIRO et al., Appellants, v. TOWN OF NORTH HEMPSTEAD et al., Respondents.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.